U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 DEC 22 P3:09
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRAVIS C. HAYNER,

    Defendant.

Case No. 09-CR 09 CR-314
[18 USC §§ 922(a)(6) & 924(a)(2)]

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

1. On or about April 27, 2009, in the State and Eastern District of Wisconsin,

TRAVIS C. HAYNER,

in connection with the acquisition of a firearm from Gander Mountain, 4308 County Road J, Sheboygan, Wisconsin, a federally licensed firearms dealer, knowingly made a false and fictitious written statement intended and likely to deceive Gander Mountain as to a fact material to the lawfulness of the sale and disposition of that firearm under the provisions of Chapter 44 of Title 18, United States Code.

2. In particular, in connection with the purchase of the Ruger pistol described below, Travis C. Hayner falsely stated on the Firearms Transaction Record (ATF Form 4473) that he was not an unlawful user of marijuana.

3. The firearm is further described as a Sturm Ruger, model Charger, .22 caliber pistol, bearing serial number 490-20248.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about May 1, 2009, in the State and Eastern District of Wisconsin,

TRAVIS C. HAYNER,

in connection with the acquisition of a firearm from Gander Mountain, 4308 County Road J, Sheboygan, Wisconsin, a federally licensed firearms dealer, knowingly made a false and fictitious written statement intended and likely to deceive Gander Mountain as to a fact material to the lawfulness of the sale and disposition of that firearm under the provisions of Chapter 44 of Title 18, United States Code.

2. In particular, in connection with the purchase of the Smith and Wesson pistol described below, Travis C. Hayner falsely stated on the Firearms Transaction Record (ATF Form 4473) that he was the actual buyer of the firearm when, in fact, as Hayner well knew, he was acquring the firearm on behalf of another person.

3. The firearm is further described as a Smith and Wesson, model SW9VE, 9mm pistol, bearing serial number DSJ3476.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

FOREPERSON

Date: December 22, 2009

MICHELLE L. JACOBS
United States Attorney